## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| VALERIE ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>FORTRA LLC,<br><br>Defendant. | Case No. 23-cv-00533 (SRN/DTS) |
| ROBERT TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br><br>v.<br><br>FORTRA LLC,<br><br>Defendant. | Case No. 23-cv-00539 (SRN/DTS) |
| EDWARD HUBLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>FORTRA LLC,<br><br>Defendant. | Case No. 23-cv-00545 (SRN/DTS) |

| | |
|---|---|
| MUHAMMAD ZAHID, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FORTRA LLC,<br><br>        Defendant. | Case No. 23-cv-00615 (SRN/DTS) |
| ALAUNTAE BUTTS, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FORTRA LLC,<br><br>        Defendant. | Case No. 23-cv-00636 (SRN/DTS) |

## PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION OF RELATED ACTIONS

Pursuant to Federal Rules of Civil Procedure 42(a) and Judicial Orders for Reassignment of Related Cases, Plaintiffs in the above-captioned actions respectfully move to consolidate five related putative class actions now pending before this Court:

- *Anderson v. Fortra LLC,* Case No. 23-cv-00533 (SRN/DTS) (D. Minn.) filed on March 6, 2023;

- *Taylor v. Fortra LLC,* Case No. 23-cv-00539 (SRN/DTS) (D. Minn.) filed on March 6, 2023

- *Hubler v. Fortra LLC,* Case No. 23-cv-00545 (SRN/DTS) (D. Minn.) filed on March 8, 2023;

- *Zahid v. Fortra LLC,* Case No. 23-cv-00615 (SRN/DTS) (D. Minn.) filed on March 13, 2023; and

- *Butts, et al. v. Fortra LLC,* Case No. 23-cv-00636 (SRN/DTS) (D. Minn.) filed on March 15, 2023.

Plaintiffs also respectfully request the Court adjourn all deadlines for Defendant to file a responsive pleading until Plaintiffs' Court-appointed interim leadership has been ordered by the Court, Plaintiffs' interim leadership files a Consolidated Complaint, and an appropriate responsive pleading schedule is established.

This Motion is based upon the Memorandum of Law filed contemporaneously herewith, and upon all files, records, and proceedings in this matter.

Dated: March 28, 2023

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (MN #0326689)
Philip J. Krzeski (MN #0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Counsel for Valerie Anderson and the Putative Class*

Joseph M. Lyon*
**THE LYON LAW FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Counsel for Valerie Anderson, Muhammed Zahid, and the Putative Class*

3

Brian C. Gudmundson (MN #0336695)
Michael J. Laird (MN #0398436)
Rachel K. Tack (MN #0399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Gary E. Mason*
Danielle L. Perry*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

*Counsel for Robert Taylor and the Putative Class*

Nathan D. Prosser (MN #0329745)
Anne T. Regan (MN #0333852)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
(952) 746-2124
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

Terence R. Coates*
**MARKOVITS STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700
tcoates@msdlegal.com

4

*Counsel for Edward Hubler and the Putative Class*

Daniel E. Gustafson (MN #0202241)
David A. Goodwin (MN #0386715)
Joe E. Nelson (MN #0402378)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
Jnelson@gustafsongluek.com

*Counsel for Muhammed Zahid, Alauntae Butts, Marquese York, and the Putative Class*

Gary M. Klinger*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Counsel for Muhammed Zahid and the Putative Class*

John G. Emerson
**EMERSON FIRM, PLLC**
2500 Wilcrest Drive, Suite 300
Houston, TX 77042-2754
Tel: (800) 51-8649
Fax: (501) 286-4659
jemerson@emersonfirm.com

*Counsel for Alauntae Butts, Marquese York, and the Putative Class*

*\*Pro hac vice applications forthcoming*