**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Valerie Anderson, | Case No. 23-cv-533 (SRN/DTS) |
| Plaintiff, | **ORDER TO CONSOLIDATE** |
| v. | |
| Fortra LLC, | |
| Defendant. | |

---

| | |
|---|---|
| Robert Taylor, | Case No. 23-cv-539 (SRN/DTS) |
| Plaintiff, | |
| v. | |
| Fortra LLC, | |
| Defendant. | |

---

| | |
|---|---|
| Edward Hubler, | Case No. 23-cv-545 (SRN/DTS) |
| Plaintiff, | |
| v. | |
| Fortra LLC, | |
| Defendant. | |

| | |
|---|---|
| Muhammad Zahid, | Case No. 23-cv-615 (SRN/DTS) |
|     Plaintiff, | |
| v. | |
| Fortra LLC, | |
|     Defendant. | |
| Alauntae Butts, et al., | Case No. 23-cv-636 (SRN/DTS) |
|     Plaintiff, | |
| v. | |
| Fortra LLC, | |
|     Defendant. | |

This Matter is before the Court on Plaintiffs' Unopposed Motion for Consolidation of Related Actions. For the reasons stated therein, the Motion is **GRANTED.**

**IT IS HEREBY ORDERED:**

1. The above-captioned actions will be consolidated into one Consolidated Action. As the first filed action, *Anderson v. Fortra LLC,* Case No. 23-cv-533 (SRN/DTS) (D. Minn.) will be the lead case. All future orders, pleadings, motions, and other documents in the present action will be filed in the Consolidated Action;

2. The action *Robert Taylor, v. Fortra LLC,* Case No. 23-cv-539 (SRN/DTS) (D. Minn.) will be administratively closed;

3. The action *Hubler v. Fortra LLC*, Case No. 23-cv-545 (SRN/DTS) (D. Minn.) will be administratively closed.

4. The action *Zahid v. Fortra LLC*, Case No. 23-cv-615 (SRN/DTS) (D. Minn.) will be administratively closed.

5. The action *Butts, et al v. Fortra LLC*, Case No. 23-cv-636 (SRN/DTS) (D. Minn.) will be administratively closed.

6. Plaintiffs from the consolidated, administratively closed cases shall be listed in the lead case, 23-cv-533.

7. This Order shall apply to all class actions subsequently filed in this District alleging claims similar to those set forth in the above-captioned consolidated actions and brought on behalf of individuals who assert claims related to Defendant Fortra's alleged Data Breach.

All deadlines for Defendant to file responsive pleadings are stayed until Plaintiffs' Court-appointed interim leadership files a consolidated amended complaint, which Plaintiff shall file within thirty (30) days following the later of the Court's ruling on this motion to consolidate or Plaintiffs' forthcoming motion to appoint interim leadership. Defendant will file any responsive pleading or motion aimed at the complaint pursuant to Fed. R. Civ. P. 12 within forty-five (45) days of the filing of the consolidated amended complaint. Plaintiff will then file any opposition to any motion aimed at the complaint pursuant to Fed. R. Civ. P. 12 within forty-five (45) days following the filing of such motion, Defendant filing any reply in support of any motion pursuant to Fed. R. Civ P. within twenty-one (21) days following the filing of Plaintiffs' opposition brief.

Dated: March 30, 2023                       s/David T. Schultz   
                                                                 DAVID T. SCHULTZ
                                                                  U.S. Magistrate Judge