# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| VALERIE ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>FORTRA LLC,<br><br>Defendant. | Case No. 23-cv-00533 (SRN/DTS) |

## PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE COUNSEL UNDER FED. R. CIV. P. 23(g)(3)

Plaintiffs Valerie Anderson, Robert Taylor, Edward Hubler, Muhammed Zahid, Alauntae Butts, Marquese York, Tara Hartzel Vancosky, Brett Yonally, Branton Underwood, K.U. (minor) through Branton Underwood, Irida Gonzalez, and Linda Caudill ("Plaintiffs"), individually and on behalf of all others similarly situated, submit this Memorandum of Law in support of Plaintiffs' Motion to Appoint Interim Co-Lead Counsel and Executive Committee Counsel under Fed. R. Civ. P. 23(g)(3). Plaintiffs respectfully request the Court appoint Bryan L. Bleichner (Chestnut Cambronne PA) and Brian C. Gudmundson (Zimmerman Reed LLP) as Interim Co-Lead Class Counsel. Plaintiffs also respectfully request the Court appoint Executive Committee Counsel, composed of Nathan D. Prosser (Hellmuth & Johnson PLLC) as Chair of the Executive Committee, Joseph M. Lyon (The Lyon Firm, LLC), Danielle L. Perry (Mason LLP), Dylan J. Gould (Markovits, Stock & DeMarco, LLC), David A. Goodwin (Gustafson Gluek PLLC), Gary M. Klinger

1

(Milberg Coleman Bryson Phillips Grossman PLLC), John G. Emerson (Emerson Law Firm, PLLC), Barton D. Cohen (Bailey & Glasser, LLP), Karen Hanson Riebel (Lockridge Grindal Nauen, P.L.L.P.), John A. Yanchunis (Morgan & Morgan Complex Litigation Group), and Kenneth J. Grunfeld (Golomb Spirt Grunfeld P.C.).

This Motion is based upon the Memorandum of Law and the Declaration of Bryan L. Bleichner and attached Exhibits filed contemporaneously with this Motion, and upon all other files, records, and proceedings in this matter.

Respectfully submitted,

Dated: April 11, 2023

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (MN #0326689)
Philip J. Krzeski (MN #0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Brian C. Gudmundson (MN #0336695)
Michael J. Laird (MN #0398436)
Rachel K. Tack (MN #0399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

*Proposed Interim Co-Lead Counsel*

Nathan D. Prosser (MN #0329745)
Anne T. Regan (MN #0333852)

**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Phone: (952) 746-2124
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

*Proposed Chair of the Executive Committee*

Joseph M. Lyon*
**THE LYON LAW FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

Danielle L. Perry*
Gary E. Mason*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Phone: (202) 429-2290
dperry@masonllp.com
gmason@masonllp.com
lwhite@masonllp.com

Dylan J. Gould*
Terry R. Coates*
**MARKOVITS STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
dgould@msdlegal.com
tcoates@msdlegal.com

David A. Goodwin (MN #0386715)
Daniel E. Gustafson (MN #0202241)
Joe E. Nelson (MN #0402378)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600

3

Minneapolis, MN 55402
Phone: (612) 333-8844
dgoodwin@gustafsongluek.com
dgustafson@gustafsongluek.com
Jnelson@gustafsongluek.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

John G. Emerson*
**EMERSON FIRM, PLLC**
2500 Wilcrest Drive, Suite 300
Houston, TX 77042-2754
Phone: (800) 51-8649
Fax: (501) 286-4659
jemerson@emersonfirm.com

Barton D. Cohen*
**BAILEY & GLASSER LLP**
1622 Locust St.
Philadelphia, PA 19103
Phone: (267) 973-4855
bcohen@baileyglasser.com

Karen Hanson Riebel
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

John A. Yanchunis*
Marco W. Valladares*
Ra. O. Amen*
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

4

201 North Franklin St. 7th Floor
Tampa, Florida 33602
Phone: (813) 223-5505
Fax: (813) 223-5402

Kenneth J. Grunfeld*
Kevin W. Fay*
**GOLOMB SPIRT GRUNFELD P.C.**
1835 Market St., Ste. 2900
Philadelphia, PA 19103
Phone: (215) 346-7338
Facsimile: (215) 985-4169
kgrunfeld@golomblegal.com
kfay@golomblegal.com

*Proposed Executive Committee*

*Counsel for Plaintiffs and the Putative Class*